Francis A. Grandinetti, II, pro se
SSN #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 Hawaii
Department of Public Safety - Corrections
CCA/TCCF
2951 U.S. Highway 49 South
A-207 Segregation Unit    N-184-205 Segregation Unit
Tutwiler, MS 38963-5012
Complainant, Pro se.

In The United States District Court
For The District of Hawaii (Honolulu)

Francis Grandinetti, Hawaii DPS Detainee,
CR Nos. 88-2074 (Honolulu) and 93-141 (Hilo),
    Plaintiff,

vs.

Agent Carolyn McGraw, federal detention
officer for CCA, a U.S. Department of Justice
agent or contractor; and,
Supervisor Scott Jinbo, State of Hawaii DPS
contract monitor and supervisor of CCA
federal subcontracts of inmates; and,
Manager Lee A. Reddix, Tallahatchie County
sheriff's office agent and witness; and,
Internal Affairs Investigator Gladys Weeks,
State of Mississippi private investigator,
    Defendants.

No. 00-cv-0489 (SOM)

Bivens Complaint, Federal Criminal Law
Motion.

Judge Susan Oki Mollway,
U.S. District Judge, Presiding.

## Pro Se Bivens Complaint For False Arrest And Prosecutors' Information

On Friday, January 20, 2006, at CCA/TCCF Security office, in Tutwiler, Mississippi, the parties above met for an arrest, service, prosecutor's information sheet, and legal orders under Hawaii laws. Specifically, a prosecutor's meeting was conducted for identification, questioning, charges, and instructions, for the plaintiff to follow. The Defendants involved notified the plaintiff that he had to contact Scott Jinbo, in writing, for a copy of the prosecutor's information sheet and to appeal the information. The prosecutor's charge sheet left the agency ID blank at the top, and freely negotiable to any agency. The charge sheet is likely for the U.S. Department of Justice, Corrections Corporation of America, for the F.B.I. and U.S. Marshals service use. The Plaintiff was taken into the room, with handcuffs on, behind his back, and served notice of the prosecutor's charge sheet, with allegations of no aliases, no Rule 35 Illegal Sentencing orders, no pending court proceedings, and a very violent custody record ("in-house" rap sheet). Two signatures were endorsed, Scott Jinbo (illegible) and Carolyn McGraw (printed). The two witnesses in the room, Reddix and Weeks, carefully observed and listened to the questions. Reddix is an actual agent and witness for the Tallahatchie County sheriff's office, Deputy sheriff Andrew Estridge, search warrant/ bench warrant/ arrest warrant case no. CR 000826; and Weeks is a Private Investigator or undercover cop for the State of Mississippi, likely for Justice Court/Summer Judge Denise Washington. It is not clear if a tape recording was used by any of the undercover agents, acting under State of Hawaii law. Supervisor Scott Jinbo was not present at the booking and service of charges hearing. At CCA, "booking" is done with the mini-computer camera or portable video camera. Fingerprinting is not used. The Defendants told me these are the plaintiff's updated charges from Hawaii, approved by the Contract Monitor Scott Jinbo. No telephone call to the plaintiff's local attorney, Mr. Sanders, in Mississippi, or to his Hilo attorney of record, Mr. Oshiro, or to anyone else was permitted. No free or collect phone calls were permitted, nor was a local police call or police department complaint allowed. The plaintiff was escorted directly back to the A-Segregation Unit, the transportation and detention unit, for further detention and investigation. Arrest law or prosecutor's booking law is governing.

1

Exhibit #2