**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
DISTRICT OF HAWAII
PRINCE KUHIO FEDERAL BUILDING
300 ALA MOANA BOULEVARD
SUITE 7104
HONOLULU, HAWAII 96850-5269

Peter C. Wolff, Jr.
Federal Public Defender

OFFICIAL BUSINESS

H/6 204

Mr. Francis A. Grandinetti, II
Hawaii SID A-0185087
CCA--TCCF
P. O. Box 368
Tutwiler, MS 38963-0368



Exhibit 4a
00-CV-0489 (SOM)