FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2005

at 9 o'clock and 42 min. 9 M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCIS GRANDINETTI, II, | ) | CV. NO. 96-00031 DAE |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| vs. | ) | |
| | ) | |
| THE BOBBY ROSS GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER DENYING MOTION

    Before the court is Plaintiff Francis Grandinetti, II,'s ("Grandinetti"), "Motion for a Federal Stay, Injunction, or Order, For a State Court Final Decision Denying Relief." Grandinetti is a Hawaii state prisoner incarcerated in Tutwiler, Mississippi, proceeding pro se. Grandinetti filed this motion in an action instituted nine years ago, in January, 1996, which was transferred to the United States District Court for the Eastern District of Texas for lack of venue.[1] Grandinetti sought a writ of mandamus from the Ninth Circuit Court of Appeals to have the matter transferred back to the District of Hawaii, which was denied on January 13, 1997.

    Pursuant to this court's transfer order, an action was commenced in the Eastern District of Texas in Civil No. 96-00101. On January 26, 1998, Grandinetti's that action was dismissed with prejudice as frivolous and judgment was entered. After entry of

---

[1] Grandinetti alleged various conditions of confinement violations against Newton County Correctional Facility and its officials.

Case: 00-cv-489 (SOM)
exhibit #3

final judgment, Grandinetti filed five subsequent motions in the action in the Eastern District of Texas. On October 1, 2004, he filed a notice of appeal to the Fifth Circuit Court of Appeals, which was docketed on December 13, 2004, as No. 04-41462. Thus, this matter is currently on appeal in the Fifth Circuit.

Since this action was transferred, Grandinetti has filed eleven separate motions and requests in this court, as well as three changes of address. The court denied two of Grandinetti's motions (one for reconsideration and one in forma pauperis application), and forwarded the remaining documents to the Eastern District of Texas.

Apparently, the Hawaii Supreme Court has now denied Grandinetti's request for reconsideration of the dismissal of an appeal entered on September 16, 2004.[2] While it is not clear, it appears that Grandinetti is moving for injunctive relief in this court, for an order directing the Hawaii Supreme Court to reconsider his dismissed actions in the state court.

This court determined nine years ago that venue over this action was improper in Hawaii. See 28 U.S.C. § 1391(b); see also, Ziegler v. Indian River County, 64 F.3d 470 (9th Cir. 1995) (extensive discussion of jurisdiction over § 1983 defendants).

---

[2] The Hawaii Supreme Court slip opinions, referencing Grandinetti's motions, are attached to this order. See In re: Grandinetti, No. 23859, 2004 WL 204188 (Haw. June 10, 2004); Hawaii v. Grandinetti, No. 26605, 2004 WL 2185867;

2

The Ninth Circuit affirmed that decision. Grandinetti's transferred action is currently on appeal in the Fifth Circuit. Thus, this court lacks both jurisdiction and venue over this motion. See Pope v. Sav. Bank of Puget Sound, 850 F.2d 1345, 1347 (9th Cir. 1988).

Accordingly, the instant motion is DENIED. Moreover, Grandinetti is BARRED from filing further motions, letters, or requests in this action. The Clerk is directed to send any subsequent motions or correspondence from Grandinetti, bearing the docket number for this case, to the United States District Court for the Eastern District of Texas, as well as a copy of this order. Grandinetti may seek to institute another action in this court, however, he will be assessed a filing fee, and his action will be screened pursuant to the dictates of 28 U.S.C. § 1915. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, FEB 1 0 2005

CHIEF UNITED STATES DISTRICT JUDGE
David Alan Ezra

GRANDINETTI v. THE BOBBY ROSS GROUP, ET AL., CV. NO. 96-00031; ORDER DENYING MOTIONS; dmp\Orders '05\Grandinetti 96-31 ORD dny Mot stay