Francis Anthony Grandinetti
Tallahatchie County Correctional Facility
A-0185087
295 U.S. Highway 49 South
PO Box 388
Tutwiler, MS 38963

Rule 60 Motion
No. 00-cv-0489 SOM

Clerk
Courtroom of Judge Mollway
United States District Crt.
300 Ala Moana Blvd.
Room C-338 Courthouse
Honolulu, HI 96850