FRANCIS GRANDINETTE, II
A0185087
CCA FLORENCE CORRECTIONAL FACILITY
PO BOX 6900
FLORENCE, AZ 85232

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 16 2006
DISTRICT OF HAWAII

CV 00-00489SOM

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

FRANCIS GRANDINETTE, II
A0185087
CCA FLORENCE CORRECTIONAL FACILITY
PO BOX 6900
FLORENCE, AZ 85232

NIXIE
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD