# Orders on Motions

1:00-cv-00489-SOM-FIY Grandinette v. United States Marsha, et al **CASE CLOSED on 08/17/2000**

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 10/2/2006 at 1:30 PM HST and filed on 10/2/2006

**Case Name:**          Grandinette v. United States Marsha, et al
**Case Number:**        1:00-cv-489
**Filer:**
**WARNING: CASE CLOSED on 08/17/2000**
**Document Number:** 22

**Docket Text:**
ORDER denying [21] Third Motion to Vacate Final Order Pursuant to Fed.R.Civ.P. 60(b) - Signed by Judge SUSAN OKI MOLLWAY on 10/02/06. (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/2/2006] [FileNumber=160754-0]
[98ea94a2134b18da2e422f9429c9d9e67eb13acfb3c424965573bcc88515746c83b8
750dc5cd8bd612f4cb120b38737b7ed14475476d22695e8c0e852f4d5555]]

**1:00-cv-489 Notice will be electronically mailed to:**

**1:00-cv-489 Notice will be delivered by other means to:**

Francis Grandinette, II
AO185087
CCA Florence Correctional Facility
PO Box 6900
Florence, AZ 85232